Edward SLOAN, Plaintiff-Appellant,

v.

FULTON–DEKALB HOSPITAL AUTHORITY, Defendant–Appellee.

No. 06–15474

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 6, 2007.

---

Ralph Goldberg, Decatur, GA, for Plaintiff–Appellant.

James C. West, III, James C. West, III, P.C., Decatur, GA, for Defendant–Appellee.

Before WILSON, PRYOR, and COX, Circuit Judges.

PER CURIAM:

Edward Sloan sued Fulton–Dekalb Hospital Authority, alleging that he was burned during a surgery at Grady Hospital in Atlanta, Georgia. Jurisdiction was grounded upon diversity of citizenship. The district court dismissed the action as time-barred.

The parties agree that Georgia law determines whether Plaintiff's lawsuit is barred by the statute of limitations. *See Cambridge Mut. Fire Ins. v. City of Claxton,* 720 F.2d 1230, 1233 (1983). Plaintiff does not dispute that: (1) the complaint was filed on the last day of the Georgia statute of limitations period for a renewal action; and (2) service was not effected within five days thereafter. Therefore, under Georgia law, the action is barred by the statute of limitations unless Plaintiff diligently attempted to perfect service. *Id.* We find no error in the district court's finding that Plaintiff presented insufficient evidence of his diligence in attempting to perfect service on Defendant. (R.1–18 at 13.)

**AFFIRMED.**